**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Instaset Plastics Company, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA Instaset Acquisition Company** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0472280** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **10101 Marine City Hwy** <br> **Anchorville, MI 48004** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Clair** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Instaset Plastics Company, LLC**                                        Case number *(if known)* _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| | | |
|---|---|---|
| Debtor | **Instaset Plastics Company, LLC** | Case number (*if known*) |
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Instaset Plastics Company, LLC**                               Case number (*if known*) _____
         <sub>Name</sub>

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Instaset Plastics Company, LLC**                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  4, 2022**
              MM / DD / YYYY

**X** **/s/ McGustavus Miller, Jr.**                 **McGustavus Miller, Jr.**
_____           _____
Signature of authorized representative of debtor      Printed name

Title   **Chief Restructuring Officer**
        _____

**18. Signature of attorney**

**X** **/s/ Lynn M. Brimer**                    Date **October  4, 2022**
_____           _____
Signature of attorney for debtor                   MM / DD / YYYY

**Lynn M. Brimer P43291**
_____
Printed name

**Strobl Sharp PLLC**
_____
Firm name

**300 East Long Lake Road**
**Suite 200**
**Bloomfield Hills, MI 48304-2376**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(248) 540-2300**      Email address _____

**P43291 MI**
_____
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 5

**Fill in this information to identify the case:**

Debtor name **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October  4, 2022__     X /s/ McGustavus Miller, Jr.
_____
Signature of individual signing on behalf of debtor

**McGustavus Miller, Jr.**
_____
Printed name

**Chief Restructuring Officer**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................................   $      **0.00**

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................   $      **1,373,383.51**

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................................   $      **1,373,383.51**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **1,596,307.51**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      **2,186,537.19**

4.   **Total liabilities** ........................................................................................................................
     Lines 2 + 3a + 3b      $      **3,782,844.70**

**Fill in this information to identify the case:**

Debtor name    **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Huntington National Bank - payroll** | checking | 5664 | $39,867.37 |
| 3.2. | **The Huntington Natrional Bankl - general disbursement** | checking | 5651 | $9,974.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $49,841.37 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Instaset Plastics Company, LLC**          Case number *(If known)* _____
_____
Name

11a. 90 days old or less:          813,542.14       -          0.00      = ....          $813,542.14
_____                    _____                    _____
face amount                        doubtful or uncollectible accounts
**Accounts under 90 days**

12.    **Total of Part 3.**                                                    | $813,542.14 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | Raw materials Inventory | | $0.00 | | Unknown |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    | $0.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor      **Instaset Plastics Company, LLC**                    Case number *(If known)* _____
            Name

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Machinery and equipment | $0.00 | Appraisal | $510,000.00 |

**51.** **Total of Part 8.**                                                               $510,000.00
Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Instaset Plastics Company, LLC**                    Case number *(If known)* _____
        <sub>Name</sub>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.**
    *Copy line 5, Part 1*                                    **$49,841.37**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*        **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.*        **$813,542.14**

83. **Investments.** *Copy line 17, Part 4.*                    **$0.00**

84. **Inventory.** *Copy line 23, Part 5.*                      **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*   **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*                                    **$0.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   **$510,000.00**

88. **Real property.** *Copy line 56, Part 9.......................................................>*   | **$0.00** |

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   **$0.00**

90. **All other assets.** *Copy line 78, Part 11.*          +    **$0.00**

91. **Total.** Add lines 80 through 90 for each column    | **$1,373,383.51** | + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92    | **$1,373,383.51** |

### DESCRIPTION

### PLANT 1

AEC T700D TANKTANK CHILLER
S/N: 95L0764 (1995)
700 GALLON TANK, 15/15/7.5 HP PUMPS, CONTROLLER, THERAL CARE COOLING
TOWER

ATHENA TEMP CONTROLLER
S/N: 9942-7079 (1999)
8 ZONE

BINKS 6'X6'X3' DRY FILTER DUST COLLECTOR
S/N: NSN TAG (N/A)

BLUE-M POWER-O-MATIC 60 OVEN
S/N: NSN TAG (N/A)
2 DOOR MODEL

CRANE1 OVERHEAD SINGLE BEAM  CRANE
S/N: NSN TAG (2021)
CHAINFALL TYPE, PENDANT CONTROL

DELTA 14" VERTICAL BAND SAW
S/N: NSN TAG (N/A)

LINE H-1365 PALLET JACK
S/N: NSN TAG (N/A)
5000# CAPACITY

MACBETH SPECTRALIGHT LIGHT BOOTH
S/N: NSN TAG (N/A)
TABLE TOP UNIT

RICE LAKE 48'X48" PLATFORM SCALE
S/N: 154 (N/A)
MODEL 480-2A, DIGITAL READ OUT

RYOBI BGH827, 8" DOUBLE PEDESTAL GRINDER
S/N: NSN TAG (N/A)
110 VOLT

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*
22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 12 of 100

**DESCRIPTION**

---

**PLANT 1**

---

SETRA 48"X48" SUPER COUNT PLATFORM SCALE
S/N: NSN TAG (N/A)
W/ DESK TOP UNIT

---

SETRA MODEL SUPER COUNT TABLE TOP SCALE
S/N: NSN TAG (N/A)
DIGITAL READ OUT

---

UNKNOWN  GRANULATOR
S/N: NSN TAG (N/A)
110 VOLT

---

VAN DORN/ DEMAG 230-HT-20 300 TON PRESS
S/N: S/N 0792 (1995)
LOT 16, VAN DORN PATHFINDER CONTROLS, NOVATECH FEEDER

---

2P-1
VAN DORN 120 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 444 (1993)
LOT 12, VAN DORN PATHFINDER  CONTROL, CAMERA SYSTEM

---

2P-5
VAN DORN 230-RS-20F-HT 230 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 390 (1991)
LOT 13, VAN DORN PATHFINDER CONTROLS

---

2P-6
VAN DORN 85 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 469 (1993)
LOT 11, VAN DORN PATHFINDER CONTROLS

---

2P-7
CINCINNATI MILACRON VT-440  440 TON PLASTIC
INJECTION MOLDING PRESS
S/N: T39A0194019 (1994)
CINCINNATI MILACRON CAMAC VEL CONTROLLER, RANGER ROBOT PICKER W/
PENDANT CONTROLS

---

A15
SHOP MADE / FRANKLIN 2400 HEAT STAKE MACHINE
S/N: 13665 (N/A)
10X15 HEAD SIZE, 230 VOLT

---

COPYRIGHT R.N. PFAFF AND ASSOCIATES
22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 13 of 100

Appraisal of: **INSTASET PLASTICS COMPANY**

**DESCRIPTION**

## PLANT 1

**AC-1**
GARDNER - DENVER ELECTRA-SCREW EDE99Q AIR
COMPRESSOR
S/N: S395743 (N/A)
MODEL EBE99Q

**AC2**
DV SYSTEMS 30HP ROTARY SCREW AIR COMPRESSOR
S/N: 83716 (N/A)
MODEL G30TDVSD, W/ PRO DRY DYER, 23712 HOURS, 13,963 LOAD HOURS

**C-1**
MT. CLEMENS 10 TON OVERHEAD CRANE
S/N: NSN TAG (N/A)
OVERHUNG, PENDANT CONTROL

**CONVEYOR**
HYTROL 43"X145" CONVEYOR
S/N: 388591 (N/A)

**D1**
AEC / WHITLOCK DB200RT DRYER
S/N: 8430592 (1984)
200 CFM, 220 VOLT

**D10**
CONAIR / FRANKLIN DRYER
S/N: D40391 (N/A)
MODEL DAAA02S100000, 230 VOLTS

**D12**
AEC / WHITLOCK DRYER
S/N: 001H4000200 (2000)
MODEL D-112-N1, 460 VOLT

**D13**
CONAIR / FRANKLIN DRYER
S/N: D31757 (N/A)
MODEL D01A210100000220

**D15**
CONAIR / FRANKLIN COMPU-DRY PREDRYING SYSTEM
S/N: 9D2764 (N/A)
MODEL D608101

**D-16**
AEC / WHITLOCK WD900 DRYER
S/N: 980476 (1998)
460 VOLT

COPYRIGHT R.N. PFAFF AND ASSOCIATES

22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 14 of 100

Appraisal of: **INSTASET PLASTICS COMPANY**

## DESCRIPTION

### PLANT 1

| |
|---|
| D17 |
| AEC / WHITLOCK WD-50Q DRYER |
| S/N: 97B0263 (1997) |
| 460 VOLT |
| D18 |
| CONAIR / FRANKLIN COMPU-DRY PREDRYING SYSTEM |
| S/N: 8D1221 (N/A) |
| MODEL D01A40 |
| D-2 |
| AEC / WHITLOCK 150CL DRYER |
| S/N: 7640495 (1976) |
| 150 CFM |
| D3 |
| CONAIR DRYER |
| S/N: NSN TAG (N/A) |
| 240 VOLT |
| D4 |
| AEC / WHITLOCK DB200 DRYER |
| S/N: 88B057 (1988) |
| 200 CFM |
| D5 |
| AEC / WHITLOCK DB300RT DRYER |
| S/N: 89K175 (1989) |
| 300 CFM, 220 VOLT |
| D-7 |
| CONAIR / FRANKLIN COMPU-DRY PREDRYING SYSTEM |
| S/N: OD-1608 (N/A) |
| MODEL D6081-01 |
| D8 |
| THORESON-MCCOSH TD40 DRIER |
| S/N: 8511012 (1985) |
| 6.7 KW, 460 VOLT |
| D9 |
| AEC / WHITLOCK SB-60F DRYER |
| S/N: 8640878 (1986) |
| 220 VOLT |
| DME1 |
| DME TEMP CONTROLLER |
| S/N: NOT READABLE (N/A) |
| 7 ZONE |

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*

22-47794-fjt    Doc 1    Filed 10/05/22    Entered 10/05/22 16:05:18    Page 15 of 100

**DESCRIPTION**

### PLANT 1

DME11
DME TEMP CONTROLLER
S/N: NOT READABLE (N/A)
12 ZONE

DME2
DME TEMP CONTROLLER
S/N: NOT READABLE (N/A)
12 ZONE

DME3
EMI TEMP CONTROLLER
S/N: NOT READABLE (N/A)
12 ZONE

DME4
DME TEMP CONTROLLER
S/N: NOT READABLE (N/A)
12 ZONE

DME5
DME TEMP CONTROLLER
S/N: FCS125189 (N/A)
7 ZONE

DME7
ARICO TEMP CONTROLLER
S/N: NOT READABLE (N/A)
12 ZONE

FREIGHT
FREIGHTLINER FL70 SINGLE AXLE VAN TRUCK
S/N: 1FVABSAKX2HJ69073 (2002)
CATERPILLAR 3126 DIESEL ENGINE, 6 SPEED TRANSMISSION, 17K/26K AXLES, 24'
VAN BODY

G13
IMS LP-144SC GRANULATOR
S/N: LP144SC0865 (N/A)
5HP, 230 VOLT

G14
RAPID 1018K GRANULATOR
S/N: 300.27 (N/A)
460 VOLT

G15
MARATHON AEC/NELMORE 1012 GRANULATOR
S/N: 02T05191 (N/A)
10 HP, 460 VOLTS

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*
22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 16 of 100

Appraisal of: **INSTASET PLASTICS COMPANY**

### DESCRIPTION

**PLANT 1**

G16
MACHINE BUILDERS HD-3 GRANULATOR
S/N: 11522 (N/A)
(2) 7.5 HP, 240 VOLT

G2
NELMORE MODEL G10129I GRANULATOR
S/N: 950536743 (1995)
7.5HP MOTOR, 220 VOLT, CASTERS

G6
MARATHON AEC/NELMORE 1012 GRANULATOR
S/N: 03805389 (N/A)
10 HP, 460 VOLTS

G8
NELMORE MODEL G810M1 GRANULATOR
S/N: 820717906 (1982)
5HP MOTOR, 460 VOLT, CASTERS

G9
NELMORE MODEL MV1012 GRANULATOR
S/N: 790113135 (1979)
10HP MOTOR, 220 VOLT, CASTERS

GVU1
CUSTOM FAB GATE VALVE UNIT
S/N: NSN TAG (2014)
UNIOP DIGITAL CONTROLS, 8 ZONES

H01
CINCINNATI MILACRON 100 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 3931A01-97-107 (1997)
MODEL EOTC-100C-EXT-SP, 12KW HEATER, TEMP RANGE 100F - 500F

H1
DOOSAN C30G PNEUMATIC TIRE FORKLIFT TRUCK
S/N: FCAOY-1280-00683 (N/A)
LPG, 5247# CAP, 3 STAGE MAST, SIDE SHIFT, 11,797 HOURS

H2
DOOSAN G25P PNEUMATIC TIRE FORKLIFT TRUCK
S/N: D2 03034 (N/A)
LPG, 4724# CAP, 3 STAGE MAST, SIDE SHIFT, HOUR METER BROKEN

H3
DOOSAN CC18S-5 CUSHION TIRE FORKLIFT TRUCK
S/N: EGA-05-1290-00070 (N/A)
LPG, 3050# CAP, 3 STAGE MAST, SIDE SHIFT, 6,085 HOURS IN 2019 (NOT READABLE)

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*

22-47794-tjt    Doc 1    Filed 10/05/22    Entered 10/05/22 16:05:18    Page 17 of 100

**DESCRIPTION**

## PLANT 1

**H4**
CATERPILLAR GC15 CUSHION TIRE FORKLIFT TRUCK
S/N: 2EM02695 (N/A)
LPG, 2450# CAP, 3 STAGE MAST, SIDE SHIFT, 9604 HOURS

**P-10**
VAN DORN 385H 385 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 191 (1985)
LOT 001, VAN DORN PATHFINDER CONTROLS, RANGER ROBOT PICKER, GATE VALVE
SYSTEM

**P-11**
CINCINNATI MILACRON VH725 725 TON PLASTIC
INJECTION MOLDING PRESS
S/N: H07A194041 (1994)
CINCINNATI MILACRON CAMAC VEL CONTROLLER, RANGER ROBOT PICKER W/
PENDANT CONTROLS, DUAL CORES, AIR GATE VALVE

**P-12**
CINCINNATI MILACRON VH500 500 TON PLASTIC
INJECTION MOLDING PRESS
S/N: 3905A21/91-33 (1991)
CINCINNATI MILACRON CAMAC VEL CONTROLLER, RANGER ROBOT PICKER, DUAL
CORES, AIR GATE VALVE

**P2 6-11**
NELMORE MODEL RG810M1 GRANULATOR
S/N: 880427459 (1988)
5HP MOTOR, 460 VOLT, CASTERS

**P2 T9**
AQUATHERM THERMOLATOR
S/N: 73600019703 (N/A)
MODEL RA090803

**P-3**
VAN DORN /DEMAG 300-RS-30F- HS-HT 300 TON
PLASTIC INJECTION MOLDING PRESS
S/N: 2558 (1994)
LOT 114, VAN DORN PATHFINDER CONTROLS, RANGER ROBOT PICKER, CAMERA
SYSTEM

**P-4**
VAN DORN 400-RS-14F-HT 400 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 204 (1991)
20 OZ SHOT, LOT 811, VAN DORN PATHFINDER / RSW TECHNOLOGIES CONTROLS

*COPYRIGHT BY PFAFF AND ASSOCIATES*
22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 18 of 100

### DESCRIPTION

## PLANT 1

**P-6**
VAN DORN 400-RS-14F-HT 400 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 205 (1991)
LOT 811, VAN DORN PATHFINDER / RSW TECHNOLOGIES CONTROLS

**P-7**
CINCINNATI MILACRON VT-165 165 TON PLASTIC
INJECTION MOLDING PRESS
S/N: T36A0/93001 (1993)
CINCINNATI MILACRON CAMAC VEL CONTROLLER

**P-8**
VAN DORN 400HP1220 - 221400 TON PLASTIC
INJECTION MOLDING PRESS
S/N: 221 (1999)
VAN DORN PATHFINDER 5000 CONTROLS, CENTERLINE ROBOT PICKER, CORES

**P-9**
CINCINNATI MILACRON VT-550 550 TON PLASTIC
INJECTION MOLDING PRESS
S/N: T60A0397009 (1997)
CINCINNATI MILACRON CAMAC VEL CONTROLLER, RANGER ROBOT PICKER W/
PENDANT CONTROLS

**T10**
ADVANTAGE SENTRA THERMOLATOR
S/N: 104887 (2007)
MODEL SK 1080-4101

**T11**
ADVANTAGE SENTRA THERMOLATOR
S/N: 104885 (2007)
MODEL SK 1080-4101

**T12**
AEC THERMOLATOR
S/N: 89C029 (1989)
MODEL TDW-1ME-0460 VOLT

**T13**
REGLOPAS THERMOLATOR
S/N: NOT READABLE (N/A)
MODEL 150KL

**T14**
AEC THERMOLATOR
S/N: NOT READABLE (N/A)

COPYRIGHT R.N. PFAFF AND ASSOCIATES

Appraisal of: **INSTASET PLASTICS COMPANY**

### DESCRIPTION

**PLANT 1**

T17
AEC THERMOLATOR
S/N: NOT READABLE (N/A)

T19
DELTA THERM THERMOLATOR
S/N: 15149 (N/A)
MODEL KB461S

T2
AEC THERMOLATOR
S/N: 96C5276 (1992)
4TDW F 7M09S4, 80 VOLT

T20
DELTA THERM THERMOLATOR
S/N: 15147 (N/A)
MODEL KB461S

T4
AQUATHERM THERMOLATOR
S/N: NSN TAG (N/A)
MODEL RA090803

T7
AEC THERMOLATOR
S/N: 850093 (1985)
MODEL TDWIC

T8
AQUATHERM THERMOLATOR
S/N: 16852021110 (N/A)
MODEL RA090803

VIBRATION
BRANSON VW8L VIBRATION WELDER
S/N: 04R565953 (N/A)
15 HP

### TOTAL: PLANT 1

COPYRIGHT R.N. PFAFF AND ASSOCIATES

### DESCRIPTION

## DORT / STORAGE

ADVANTAGE IK-2AY-41HFX CHILLER
S/N: 43279 (1999)
460 VOLT, 100 MAX OP PRESSURE, SS, 3/4 HP, R22 REFRIGERANT

**2P G10**
MARATHON AEC/NELMORE GRANULATOR
S/N: NOT READABLE (N/A)
10 HP, 460 VOLTS

**2P-2**
HPM H220 220 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 91242 (1992)
ANALOG CONTROLS

**2P-3**
HPM H300 300 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 92198 (1992)
ANALOG CONTROLS

**2-P-8**
VAN DORN/ DEMAG 300-HT-9.4F HPI 300 TON PRESS
S/N: 2609 (1995)
LOT 115, VAN DORN PATHFINDER 2500 ICONTROLS

**G1**
NELMORE G81011 GRANULATOR
S/N: 82071903 (1982)
5HP, 220 VOLT

**G12**
NELMORE G810M1 GRANULATOR
S/N: 76-099123 (1976)
5HP, 220 VOLT

**G17**
AEC / NELMOR G1012PI GRANULATOR
S/N: 97 03 38775 (1997)
7.5HP MOTOR, 220 VOLT, CASTERS

**G3**
AEC / NELMOR G810M1 GRANULATOR
S/N: 82-01-17904 (1982)
5HP 220

*CONFIDENTIAL-PFAFF AND ASSOCIATES*
22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 21 of 100

Appraisal of:   **INSTASET PLASTICS COMPANY**

---

### DESCRIPTION

---

**DORT / STORAGE**

---

G4
AEC / NELMOR G1012M1 GRANULATOR
S/N: 68-12-2201 (1968)
7.5 HP, 220 VOLT

---

G5
NELMORE RG1012M1 GRANULATOR
S/N: 86-0524460 (1986)
240 VOLT

---

G7
NELMORE G810M GRANULATOR
S/N: 810716816 (1981)
5HP, 220 VOLT

---

P-2
CINCINNATI MILACRON 250 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 4002A21//80-32 (1980)
12 OZ, EPCO E4000 CONTROLS

---

P2 D-14
CONAIR / FRANKLIN DRYER
S/N: NSN TAG (N/A)
(NO INFORMATION AVAILABLE) (WORKING UNIT)

---

P-4
CINCINNATI MILACRON VT-165 165 TON PLASTIC
INJECTION MOLDING PRESS
S/N: 4036A61/90-43 (1990)
CINCINNATI MILACRON CAMAC VEL CONTROLLER

---

P-5
VAN DORN 120 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 323 (1992)
LOT 11, VAN DORN CRT PATHFINDER  CONTROLS, RANGER ROBOT PICKER

---

T5
AQUATHERM THERMOLATOR
S/N: RA99683 (N/A)
MODEL RA090803

---

### TOTAL:  DORT / STORAGE

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*

**Fill in this information to identify the case:**

Debtor name   **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Aarkel Tool & Die Inc** | Describe debtor's property that is subject to a lien | **$347,153.38** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**17 Elm Dr S**
**Wallaceburg ON N8A 5E8**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Huntington Bank** | Describe debtor's property that is subject to a lien | **$556,408.93** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5555 Cleveland Avenue**
**Columbus, OH 43231**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Instaset Plastics Company, LLC**                    Case number (if known) _____
        _____
        Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed

---

| 2.3 | **WGS Global Services, LLC** | Describe debtor's property that is subject to a lien | $692,745.20 | **Unknown** |

Creditor's Name

**6350 Taylor Drive**
**Flint, MI 48507**

Creditor's mailing address

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No

                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,596,307.51

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Anthony Mymmina**<br>**Mammina & Ajlouny, PC**<br>**370 East Maple Road**<br>**Suite 230**<br>**Birmingham, MI 48009** | Line  **2.3** | |

---

Fill in this information to identify the case:

Debtor name   **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address<br>**Alex G Watts**<br>**6820 Church Rd**<br>**Ira, MI 48023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| **2.2**   Priority creditor's name and mailing address<br>**Angela R Goodman**<br>**237 N 2nd St**<br>**Marine City, MI 48039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

26195

| Debtor | **Instaset Plastics Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ann C Alexander**
**9993 Southwinds**
**Fair Haven, MI 48023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony J Schroeder**
**11965 Springbook Ct**
**Bruce Twp, MI 48066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Anthony W Alexander**
**519 Woodworth St**
**Marine City, MI 48039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Breanna L Blayze**
**534 Mable St**
**Marine City, MI 48039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address<br>**Brian L Bice**<br>**5361 Americana Lane**<br>**Casco, MI 48064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address<br>**Brittany M Sullivan**<br>**35171 Benton St**<br>**Apt 5**<br>**PO Box 556**<br>**Memphis, MI 48041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address<br>**Ciarra A Green**<br>**37979 28 Mile Rd**<br>**Lenox, MI 48048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address<br>**Crystale R Fresh**<br>**1431 Sanborn**<br>**Port Huron, MI 48060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Instaset Plastics Company, LLC**
Name

Case number (if known) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David J Carrier**
**69319 Main St**
**Apt A**
**Richmond, MI 48062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**David S Lenk**
**3201 Range Rd**
**Port Huron, MI 48060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Deandre M White**
**24666 N Eldo Ct**
**Apt 9**
**Harrison Township, MI 48045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Denise Schroeder**
**12100 Bryce Rd**
**Emmett, MI 48022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dustin L Hemerline**
**5606 Klam Rd**
**Columbiaville, MI 48421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eagle Industries, Inc**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Elizabeth M Ritchie**
**24853 Saxony St**
**Eastpointe, MI 48021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Emilyann M Lambey**
**212 Birch Ln**
**Columbus, MI 48063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Instaset Plastics Company, LLC**
_____
Name

Case number (if known) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**2.19**

Priority creditor's name and mailing address

**Francis J Green**
**33106 Grape Arbor**
**New Haven, MI 48048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address

**Gerald D Schultz**
**9239 N River Rd**
**#6**
**Algonac, MI 48001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address

**Glen McCormick**
**9968 Diamond Rock Ct**
**Ira, MI 48023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address

**Hillary A Gerow**
**519 Woodworth St**
**Marine City, MI 48039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jack A Lannoo**
**450 3rd St**
**Apt A**
**Marine City, MI 48039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jamie L Cross**
**1103 West Blvd**
**Marine City, MI 48039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jared A Winters**
**6401 Shea Rd**
**Cottreville, MI 48039-2613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason E Sullivan**
**35171 Benton St**
**Apt 5**
**PO Box 556**
**Memphis, MI 48041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jason R Wellnitz**
**1907 Griswold St**
**Port Huron, MI 48060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jeannie M Block**
**829 Bruce St**
**Marine City, MI 48039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jennifer C Leighton**
**10305 Dixie Highway**
**Apt 3**
**Fair Haven, MI 48023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessica A Branson**
**5394 Hessen**
**Casco, MI 48064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Instaset Plastics Company, LLC**
Name

Case number (if known) _____

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |

2.31 Priority creditor's name and mailing address

**Jessica D Stringer**
**7870 Long Island**
**Fair Haven, MI 48023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.32 Priority creditor's name and mailing address

**Joseph M Osterthout**
**26333 Belanger St**
**Roseville, MI 48066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.33 Priority creditor's name and mailing address

**Julie A Horneffer**
**2117 Kendall**
**Algonac, MI 48001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.34 Priority creditor's name and mailing address

**Kurt S Clapp**
**50652 Walpole St**
**New Baltimore, MI 48047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor    **Instaset Plastics Company, LLC**                    Case number (if known) _____
          Name

| 2.35 | Priority creditor's name and mailing address<br>**Leroy T Williams**<br>**6062 St. Pierre Dr**<br>**Algonac, MI 48001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address<br>**Maryland J McLaughlin**<br>**37265 Woodland**<br>**New Baltimore, MI 48047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address<br>**Matthew V Smith**<br>**1934 Alleuro**<br>**Kimball, MI 48074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address<br>**Nicholas S Pantelis**<br>**9244 Harbor Ln**<br>**Clay, MI 48001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

Debtor  **Instaset Plastics Company, LLC**
_____  Case number _(if known)_ _____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

| 2.39 | Priority creditor's name and mailing address<br>**Peter T Gustafson**<br>**8689 South Shore Dr**<br>**Clarkston, MI 48348** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.40 | Priority creditor's name and mailing address<br>**Robert W Rivard**<br>**9974 Diamond Rock Ct**<br>**Ira, MI 48023** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.41 | Priority creditor's name and mailing address<br>**Roman Q Brancato**<br>**54171 Ridge Road**<br>**New Baltimore, MI 48047** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.42 | Priority creditor's name and mailing address<br>**Sarah G Slippo**<br>**6071 St. Pierra Dr**<br>**Clay, MI 48001** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 35 of 100

| Debtor | Instaset Plastics Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Scott R Hall**
**729 Honey Locust**
**Marine City, MI 48039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean J Fligger**
**68032 Rosewood Ln**
**Richmond, MI 48062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sharon M Ostrowski**
**7022 Bayview**
**Fair Haven, MI 48023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelley R Rettell**
**320 South Allen Rd**
**Saint Clair, MI 48079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Instaset Plastics Company, LLC**                    Case number (if known) _____
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**2.47** Priority creditor's name and mailing address

**Sir-William S Travernier II**
**810 Indiana Ave**
**Marysville, MI 48040**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.48** Priority creditor's name and mailing address

**Terry R Lavelle**
**58622 Meadowcreek Blvd**
**Ira, MI 48048**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address

**Thresa L Minch**
**5441 Americana Ln**
**Casco, MI 48064**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address

**Trever J Eifert**
**1585 Braidwood Rd**
**Riley, MI 48041**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Instaset Plastics Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.51** | Priority creditor's name and mailing address
**Tyler J Wiedemann**
**46397 Gabriell St**
**Macomb, MI 48044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address
**Viola K Fleming**
**53607 Brentwood**
**New Baltimore, MI 48047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address
**Wayne P Noetzold**
**11036 Cadillac**
**Warren, MI 48089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address
**William J Geotz II**
**5300 Sandalwood Ct**
**Grand Blanc, MI 48439**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William J Geotz III**
**220 Lone Pine Trail**
**Lapeer, MI 48446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**William T Leighton**
**10305 Dixie Highway**
**Apt 3**
**Fair Haven, MI 48023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$347,153.38** |
|---|---|---|---|

**Aarkel Tool & Die Inc**
**17 Elm Dr S**
**Wallaceburg ON N8A 5E8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,165.10** |
|---|---|---|---|

**Accu-shape Die Cutting, Inc.**
**4050 Market Place Dr.**
**Freeland, MI 48623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,662.38** |
|---|---|---|---|

**Accuarate Safety Distributors**
**10320 N Thor Dr**
**Freeland, MI 48623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Instaset Plastics Company, LLC__  Case number (if known) _____

Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.58 |
|---|---|---|---|

**Allied Electronics**
P.O. Box 841811
Dallas, TX 75284-1811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,537.50 |
|---|---|---|---|

**Anchor Bay Express**
39987 Mazuchet Dr.
Harrison Township, MI 48045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,619.28 |
|---|---|---|---|

**Anchor Bay Packaging Corp.**
30905 23 Mile Rd.
New Baltimore, MI 48047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,835.88 |
|---|---|---|---|

**Argent International Inc**
41016 Concept Dr.
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,615.25 |
|---|---|---|---|

**ASAP Logistics Inc**
12766 Sweitzer Rd.
Carleton, MI 48117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**B&M Sonics & Machine, LLC**
5410 Lapeer Rd.
Columbiaville, MI 48421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,886.22 |
|---|---|---|---|

**BASF Corporation**
P.O. Box 360941
Pittsburgh, PA 15251-6941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Instaset Plastics Company, LLC**                          Case number (if known) _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,346.70 |

**Basic Coporate**
**P.O. Box 88297**
**Milwaukee, WI 53288-8297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,450.00 |

**Bear Industrial Group**
**155 Madisonv Ave.**
**Mount Clemens, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,036.26 |

**Blue Water Air Compressor**
**150 Airport Dr.**
**Kimball, MI 48074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.25 |

**Blue Water Lift Truck Service Inc**
**1405 North Range Rd.**
**Kimball, MI 48074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.00 |

**Bolt Express**
**277 Southfield Pkwy. #120**
**Forest Park, GA 30297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,112.00 |

**Bradford Company**
**13500 Quincy St.**
**Holland, MI 49422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,863.24 |

**Breckenridge Paper & Packaging**
**P.O. Box 429**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor   **Instaset Plastics Company, LLC**                                  Case number (if known) _____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,980.02 |
|---|---|---|---|

**3.18** Nonpriority creditor's name and mailing address

**Caplugs**
**P.O. Box 1693**
**Carol Stream, IL 60132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$24,980.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Carrdan Corporation**
**7325 Douglas Rd.**
**Lambertville, MI 48144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,459.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Channel Prime Alliance**
**1803 Hull Ave**
**Des Moines, IA 50313**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,640.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Chase Plastics**
**6467 Waldon Center Drive**
**Clarkston, MI 48346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$6,826.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Comcast**
**P.O,. Box 3006**
**Southeastern, PA 19398-3006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$584.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Crane 1**
**42827 Irwin Dr.**
**Harrison Township, MI 48045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$7,784.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**D&E Landscaping & Grading Inc**
**69620 Lowe Plank**
**Richmond, MI 48062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$209.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Instaset Plastics Company, LLC**
_____
Name

Case number *(if known)* _____

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,065.41** |
|---|---|---|---|

**Dayton Freight Lines Inc**
P.O. Box 340
Vandalia, OH 45377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,817.80** |
|---|---|---|---|

**Dean & Fulkerson PC**
801 W. Big Beaver
Fifth Floor
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$961.35** |
|---|---|---|---|

**Delta Dental**
P.O. Box 30416
Lansing, MI 48909-7916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,496.58** |
|---|---|---|---|

**Depatie ADI**
25340 Terra Industrial Dr.
New Baltimore, MI 48051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,600.13** |
|---|---|---|---|

**Derby Fabricating Solutions**
687 Byrne Industrial Dr.
Rockford, MI 49341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,157.80** |
|---|---|---|---|

**Dongguan Mission Gage & Fixture**
19 Hongmian Rd
Gekeng Industrial Park, Hengli Town
Dongguan City 523469 China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,586.67** |
|---|---|---|---|

**DTE**
P.O. Box 740786
Cincinnati, OH 45274-0786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Instaset Plastics Company, LLC**                                Case number (*if known*) _____
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$743.30** |
|------|--------|-------|------|

**EFC International**
P.O. Box 790051
Saint Louis, MO 63179-0051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,178.00** |
|------|--------|-------|------|

**EMC Insurance Company**
P.O. Box 219225
Kansas City, MO 64121-9225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,135.00** |
|------|--------|-------|------|

**England Carriers**
9830 NE Cascades Pkwy.
Ste. 225
Portland, OR 97220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,432.73** |
|------|--------|-------|------|

**Entec Polymers**
P.O. Box 934329
Atlanta, GA 31193-4329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,922.43** |
|------|--------|-------|------|

**Ferrellgas**
7777 E Old M78
East Lansing, MI 48823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,732.37** |
|------|--------|-------|------|

**Grand Traverse Container**
4633 Patterson Ave SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,764.70** |
|------|--------|-------|------|

**Grosso Trucking & Supply**
10015 Marine City Hwy
Fair Haven, MI 48023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Instaset Plastics Company, LLC**      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Hi-Watt**
**34271 James J. Pompo Dr.**
**Fraser, MI 48026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$488.51

---

3.40 **Nonpriority creditor's name and mailing address**
**Hutchinson Antivibration Systems, Inc**
**460 Fuller NE**
**Grand Rapids, MI 49503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$28,337.38

---

3.41 **Nonpriority creditor's name and mailing address**
**JM Packaging, Detroit Tape & Label**
**26300 Bunert**
**Warren, MI 48089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,390.66

---

3.42 **Nonpriority creditor's name and mailing address**
**K/E Electric Supply Corp**
**146 N. Groesbeck Hwy**
**Mount Clemens, MI 48043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,165.58

---

3.43 **Nonpriority creditor's name and mailing address**
**Kerr Albert Office Supplies**
**1121 Military St.**
**Port Huron, MI 48060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,555.50

---

3.44 **Nonpriority creditor's name and mailing address**
**King Solutions**
**P.O. Box 572**
**Grand Blanc, MI 48480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$576,268.55

---

3.45 **Nonpriority creditor's name and mailing address**
**Kroy LLC**
**3830 Kelley Ave**
**P.O. Box 92342**
**Cleveland, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$614.56

---

Debtor  **Instaset Plastics Company, LLC**  Case number (if known) _____
        _____
        Name

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$11,200.00**

| 3.46 | **Lewis & Knopf, CPAs**<br>**5206 Gateway Centre**<br>**Ste 100**<br>**Flint, MI 48507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,365.57** |
|---|---|---|---|
| | **Lincoln Financial Group**<br>**P.O. Box 0821**<br>**Carol Stream, IL 60132-0821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,515.00** |
|---|---|---|---|
| | **Load One Transportation & Logistics**<br>**13221 Inkster Rd.**<br>**Taylor, MI 48180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,859.25** |
|---|---|---|---|
| | **Lyden Oil Company**<br>**16275 National Parkway**<br>**Lansing, MI 48906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,236.00** |
|---|---|---|---|
| | **LyondellBasell Industries**<br>**P.O. Box 70549**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,972.25** |
|---|---|---|---|
| | **M&D Freight**<br>**1801 North Vernon**<br>**Dearborn, MI 48128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,090.00** |
|---|---|---|---|
| | **Mac Arthur Corporation**<br>**P.O. Box 10**<br>**Grand Blanc, MI 48439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 46 of 100

Debtor   **Instaset Plastics Company, LLC**                          Case number (if known) _____

_____
Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,064.93 |

**McLaren Health Plan**
**50820 Schoenherr Rd**
**Shelby Township, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009.11 |

**McMaster-Carr Supply Co**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.00 |

**Michigan Testing Institute**
**44249 Phoenix Dr.**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,215.75 |

**Mitsui Plastics**
**P.O. Box 3242**
**Carol Stream, IL 60132-3242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,807.08 |

**Nexeo Solutions Plastics, LLC**
**3 Waterway Square Place**
**Ste 1000**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,277.00 |

**Nifco America Corp**
**P.O. Box 633989**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,032.00 |

**Norplas**
**7825 Caple Blvd**
**Northwood, OH 43619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Instaset Plastics Company, LLC**        Case number *(if known)*
_____
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,289.17** |
|---|---|---|---|

**On Pointe Solutions Inc**
**17195 Silver Parkway**
**126**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,361.00** |
|---|---|---|---|

**Packaging Credit Company**
**36596 Treasury Center**
**Chicago, IL 60694-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Paycor, Inc**
**P.O. Box 639860**
**Cincinnati, OH 45263-9860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$241,742.74** |
|---|---|---|---|

**Plastic Dress-Up Service, Inc**
**2735 20th St**
**Port Huron, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.39** |
|---|---|---|---|

**Plastic Process Equipment**
**P.O. Box 425**
**Northfield, OH 44067-0425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,356.00** |
|---|---|---|---|

**Plastics Plus Inc**
**4237 N Atlantic Blvd**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,962.94** |
|---|---|---|---|

**Plex Systems, Inc**
**P.O. Box 3712**
**Carol Stream, IL 60132-3712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Instaset Plastics Company, LLC**      Case number (if known) _____
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,270.00** |

3.67 | Nonpriority creditor's name and mailing address

**RADICI Group**
**960 Seville Rd**
**Wadsworth, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,270.00**

---

3.68 | Nonpriority creditor's name and mailing address

**Reliable and Reasonable**
**21356 Carlo Dr.**
**Clinton Township, MI 48038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,086.94**

---

3.69 | Nonpriority creditor's name and mailing address

**Romeo Mold Technologies Inc**
**121 McLean Dr.**
**Romeo, MI 48065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,363.40**

---

3.70 | Nonpriority creditor's name and mailing address

**Ross Pallets**
**3360 Petit St.**
**Bldg. 1**
**Port Huron, MI 48060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,408.50**

---

3.71 | Nonpriority creditor's name and mailing address

**RSW Technologies**
**135 Dixie Hwy**
**Rossford, OH 43460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,230.00**

---

3.72 | Nonpriority creditor's name and mailing address

**RVM Associates**
**2892 Foxfire**
**Milford, MI 48380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,504.20**

---

3.73 | Nonpriority creditor's name and mailing address

**Schain Mold & Engineering**
**2776 Commerce Drive**
**Rochester, MI 48309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,540.00**

---

| Debtor | **Instaset Plastics Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,231.16**

**Sejasmi Industries**
**Drawer 1999**
**P.O. Box 5935**
**Troy, MI 48007-5935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,673.00**

**Sorteos Y Retrabajos QSJ SA de CV**
**Astro Rey Poiente**
**No 126 Oficina 2 Matamoros**
**Tamaulipas 87315 Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$475.62**

**Sterling Sanitation**
**48655 Gratiot Ave**
**New Baltimore, MI 48051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,831.12**

**Stratosphere Quality**
**12024 Exit Five Parkway**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$995.00**

**Technical Loadarm Inc.**
**2620 Griswold Rd.**
**Port Huron, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,446.29**

**The Oakwood Group**
**1100 Oakwood Blvd**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,231.62**

**Tierline Inc**
**34462 23 Mile Rd.**
**Chesterfield, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Instaset Plastics Company, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,427.19** |

**Tribar Manufacturing**
**48668 Alpha Drive**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,027.27** |

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,271.39** |

**Uniform Color Company**
**942 Brooks Ave**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,732.48** |

**Unique Fabricating Inc**
**P.O. Box 8535**
**Carol Stream, IL 60197-8535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.50** |

**United Parcel Service**
**P.O. Box 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.30** |

**US Bank Equipment Finance**
**P.O. Box 790448**
**St. Louis, MO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,973.51** |

**USF HOLLAND**
**27052 Network Place**
**Chicago, IL 60673-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Instaset Plastics Company, LLC**                                Case number (*if known*) _____
_____
Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,410.75 |

**Visa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,453.80 |

**WGS Properties**
**6350 Taylor Drive**
**Flint, MI 48507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,791.55 |

**William Goetz & Associates**
**P.O. Box 876**
**Grand Blanc, MI 48480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,942.50 |

**Worswick Mold**
**6232 King Rd.**
**Marine City, MI 48039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,133.45 |

**XPO Logistics Freight**
**P.O. Box**
**Portland, OR 97208-5160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,720.00 |

**Yellow Logistics**
**P.O. Box 775556**
**Chicago, IL 60677-5556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,231.45 |

**YRC Freight**
**P.O. Box 93151**
**Chicago, IL 60673-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Instaset Plastics Company, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,576.00 |
|---|---|---|---|

**Yu-Lin Enterprise**
**No. 33 Yanping St.**
**Yongkang Dist.**
**Tianan City, Tianan Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.00 |
|---|---|---|---|

**Yudo**
**P.O. Box 675012**
**Detroit, MI 48267-5012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Carly Van Thome**<br>**Erskine Law**<br>**612 W. University Dr., Ste. 200**<br>**Rochester, MI 48307** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Metor Parcel and Freight**<br>**5965 Wall Steet**<br>**Sterling Heights, MI 48312** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,186,537.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,186,537.19 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Scheduling Agreement - 5500021749** |
| State the term remaining | |
| List the contract number of any government contract | **Adler Pelzer Group** <br> **1175 Crooks Rd.** <br> **Troy, MI 48084** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Scheduling Agreement - 5500017925** |
| State the term remaining | |
| List the contract number of any government contract | **Adler Pelzer Group** <br> **1175 Crooks Rd.** <br> **Troy, MI 48084** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Scheduling Agreement - 5500017930** |
| State the term remaining | |
| List the contract number of any government contract | **Adler Pelzer Group** <br> **1175 Crooks Rd.** <br> **Troy, MI 48084** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Scheduling Agreement - 5500017926** |
| State the term remaining | |
| List the contract number of any government contract | **Adler Pelzer Group** <br> **1175 Crooks Rd.** <br> **Troy, MI 48084** |

Debtor 1   **Instaset Plastics Company, LLC**                            Case number (*if known*)

        First Name                     Middle Name                   Last Name

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.**   State what the contract or lease is for and the nature of the debtor's interest       **Scheduling Agreement - 5500017928**

      State the term remaining

      List the contract number of any government contract                   **Adler Pelzer Group**
**1175 Crooks Rd.**
**Troy, MI 48084**

---

**2.6.**   State what the contract or lease is for and the nature of the debtor's interest       **Scheduling Agreement - 5500015891**

      State the term remaining

      List the contract number of any government contract                   **Adler Pelzer Group**
**1175 Crooks Rd.**
**Troy, MI 48084**

---

**2.7.**   State what the contract or lease is for and the nature of the debtor's interest       **Scheduling Agreement - 5500017927**

      State the term remaining

      List the contract number of any government contract                   **Adler Pelzer Group**
**1175 Crooks Rd.**
**Troy, MI 48084**

---

**2.8.**   State what the contract or lease is for and the nature of the debtor's interest       **Purchaser Order - P078808**

      State the term remaining

      List the contract number of any government contract                   **Hutchinson Antivibration Systems, Inc**
**460 Fuller NE**
**Grand Rapids, MI 49503**

---

**2.9.**   State what the contract or lease is for and the nature of the debtor's interest       **Purchase Order - P079779-00**

      State the term remaining

      List the contract number of any government contract                   **Hutchinson Antivibration Systems, Inc**
**460 Fuller NE**
**Grand Rapids, MI 49503**

---

**2.10.**   State what the contract or lease is for and the nature of the debtor's interest       **Purchaser Order - P079724-03**

      State the term remaining                   **Hutchinson Antivibration Systems, Inc.**
**460 Fuller Ave NE**
**Grand Rapids, MI 49503**

---

Debtor 1   **Instaset Plastics Company, LLC**                                    Case number (*if known*) _____

_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

---

**2.11.**  State what the contract or lease is for and the nature of the debtor's interest    **Purchase Order - SM28208**

State the term remaining

List the contract number of any government contract   _____

**Inoac Interior Systems LP**
**575 James St S**
**P.O. Box 1600**
**St. Mrays, ON N4X 1B9 Canada**

---

**2.12.**  State what the contract or lease is for and the nature of the debtor's interest    **Purchase Order - THQ027565**

State the term remaining

List the contract number of any government contract   _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.13.**  State what the contract or lease is for and the nature of the debtor's interest    **Purchase Order - THQ027907**

State the term remaining

List the contract number of any government contract   _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.14.**  State what the contract or lease is for and the nature of the debtor's interest    **Purchase Order - THQ027481**

State the term remaining

List the contract number of any government contract   _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.15.**  State what the contract or lease is for and the nature of the debtor's interest    **Purchase Order - THQ027482**

State the term remaining

List the contract number of any government contract   _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

Debtor 1   **Instaset Plastics Company, LLC**                           Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - THQ027484** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract | _____ | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - THQ028781** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract | _____ | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - THQ028258** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract | _____ | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase Order - UM1006434** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract | _____ | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase Order - ADR009751** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract | _____ | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase Order - GAD007014 Supersedes COT002134** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Inteva** **1401 Crooks Road Ste 100 Troy, MI 48084** |

Debtor 1   **Instaset Plastics Company, LLC**                              Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase - UM3000147** | |
|---|---|---|---|
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract _____ | | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase - DSU000754** | |
|---|---|---|---|
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract _____ | | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase - ADR011187** | |
|---|---|---|---|
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract _____ | | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - VAN009431** | |
|---|---|---|---|
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract _____ | | **1401 Crooks Road Ste 100 Troy, MI 48084** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - THQ028482** | |
|---|---|---|---|
| | State the term remaining | | **Inteva** |
| | List the contract number of any government contract _____ | | **1401 Crooks Road Ste 100 Troy, MI 48084** |

Debtor 1   **Instaset Plastics Company, LLC**                              Case number (*if known*)  _____
    First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order - VAN009116**

    State the term remaining

    List the contract number of any government contract _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order - THQ026312**

    State the term remaining

    List the contract number of any government contract _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Purchaser Order - THQ023982**

    State the term remaining

    List the contract number of any government contract _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Blanket Purchase Order - UM1008767**

    State the term remaining

    List the contract number of any government contract _____

**Inteva**
**1401 Crooks Road**
**Ste 100**
**Troy, MI 48084**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Representation Agreement**

    State the term remaining

    List the contract number of any government contract _____

**King Solutions, Inc**
**P.O. Box 572**
**Grand Blanc, MI 48480**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order - P123276-21**

    State the term remaining

**Magna Exteriors & Interiors/ Polycon Ind**
**65 Independence Place**
**Guelph, Ontario N1K 1H8**

Debtor 1    **Instaset Plastics Company, LLC**                          Case number *(if known)* _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Magna Seating Detroit** **12800 Oakland Park Blvd.** **Highland Park, MI 48203** |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - P1000029** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Magna Seating Detroit** **12800 Oakland Park Blvd.** **Highland Park, MI 48203** |

| | | |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 4500080266** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Magna Seating Detroit** **12800 Oakland Park Blvd.** **Highland Park, MI 48203** |

| | | |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 2004** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Magna Seating Detroit** **12800 Oakland Park Blvd.** **Highland Park, MI 48203** |

| | | |
|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - R001064** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Magna Seating Detroit** **12800 Oakland Park Blvd.** **Highland Park, MI 48203** |

Debtor 1   **Instaset Plastics Company, LLC**                          Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 11** | |
|---|---|---|---|
| | State the term remaining | | **Magna Seating Detroit** |
| | List the contract number of any government contract | | **12800 Oakland Park Blvd.**<br>**Highland Park, MI 48203** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 450088442** | |
|---|---|---|---|
| | State the term remaining | | **Magna Seating Detroit** |
| | List the contract number of any government contract | | **12800 Oakland Park Blvd.**<br>**Highland Park, MI 48203** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - R001064** | |
|---|---|---|---|
| | State the term remaining | | **Magna Seating Detroit** |
| | List the contract number of any government contract | | **12800 Oakland Park Blvd.**<br>**Highland Park, MI 48203** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 047431** | |
|---|---|---|---|
| | State the term remaining | | **Magna TEAM Systems/ Norplas Industries** |
| | List the contract number of any government contract | | **1800 Jason St**<br>**Toledo, OH 43611** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - P160911** | |
|---|---|---|---|
| | State the term remaining | | **Modular Automotive Systems** |
| | List the contract number of any government contract | | **17800 Dix Toledo Road**<br>**Brownstown, MI 48193** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturers Representative Agreement** | |
|---|---|---|---|
| | State the term remaining | | **R.V.M. Associates, Inc.** |

22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 61 of 100

Debtor 1   **Instaset Plastics Company, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representation Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tierline, Inc** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 300000631** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Toyota Seat USA Corp**<br>**2155 S. Almont Ave**<br>**Imlay City, MI 48444** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 111275** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Toyota Seat USA Corp**<br>**2155 S. Almont Ave**<br>**Imlay City, MI 48444** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - 322851** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Toyota Seat USA Corp**<br>**2155 S. Almont Ave**<br>**Imlay City, MI 48444** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Sales Payments to WGA** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WGS Global Services, LC** |

22-47794-tjt   Doc 1   Filed 10/05/22   Entered 10/05/22 16:05:18   Page 62 of 100

Debtor 1 __Instaset Plastics Company, LLC__      Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.49.    State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order - 55069160**

       State the term remaining

       List the contract number of any government contract      _____
                                        **Yanfeng Global Automotive Interiors**
                                        **915 E 32nd St, Tech Center 2ns**
                                        **Holland, MI 49424**

**Fill in this information to identify the case:**

Debtor name    **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State        Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State        Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State        Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State        Zip Code | | |

Fill in this information to identify the case:

Debtor name     **Instaset Plastics Company, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,937,544.06** |
    | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$4,137,031.74** |
    | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$4,506,398.44** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Debtor    **Instaset Plastics Company, LLC**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached** | | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Spec Technologies, Inc. v. Instaset Plastics Company, LLC**<br>**2022-002719-CB** | **Collection** | **Macomb County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor __Instaset Plastics Company, LLC_____  Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | | | | |

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | | | |

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **DWH, LLC**<br>**888 W. Big Beaver Road, Ste. 200**<br>**Troy, MI 48084** | | | **$34,075.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor?<br>**WGS Global Services, LLC** | | | |
    | 11.2. | **Strobl Sharp PLLC**<br>**Lynn M. Brimer**<br>**300 East Long Lake Road**<br>**Suite 200**<br>**Bloomfield Hills, MI 48304** | | **9/14/2022; 10/4/2022 and 10/5/2022** | **$56,685.50** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor?<br>**WGS Global Services, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **Instaset Plastics Company, LLC**                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Instaset Plastics Company, LLC**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Attached | Gus Miller | See Attached | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached | | | $0.00 |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

Debtor    **Instaset Plastics Company, LLC** _____    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Lewis & Knopf, CPAs<br>5206 Gateway Center, Ste. 100<br>Flint, MI 48507** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Lewis & Knopf, CPAs<br>5206 Gateway Center, Ste. 100<br>Flint, MI 48507** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor  **Instaset Plastics Company, LLC**                              Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lewis & Knopf, CPAs**<br>**5206 Gateway Center, Ste. 100**<br>**Flint, MI 48507** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Name and address |
|---|
| 26d.1.   **Huntington Bank**<br>**Troy Commercial**<br>**801 West Big Beaver**<br>**Troy, MI 48084** |
| 26d.2.   **Huntington National Bank** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

  ■ No
  ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Goetz** | **6350 Taylor Drive**<br>**Flint, MI 48507** | **President/Director** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ■ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ■ No
  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☐ No
  ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **7**

| Debtor | Instaset Plastics Company, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| WGS Global Services, LLC | EIN: 26-2699557 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  4, 2022**

**/s/ McGustavus Miller, Jr.**                          **McGustavus Miller, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

Appraisal of:   **INSTASET PLASTICS COMPANY**

**DESCRIPTION**

**DORT / STORAGE**

ADVANTAGE IK-2AY-41HFX CHILLER
S/N: 43279 (1999)
460 VOLT, 100 MAX OP PRESSURE, SS, 3/4 HP, R22 REFRIGERANT

2P G10
MARATHON AEC/NELMORE GRANULATOR
S/N: NOT READABLE (N/A)
10 HP, 460 VOLTS

2P-2
HPM H220 220 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 91242 (1992)
ANALOG CONTROLS

2P-3
HPM H300 300 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 92198 (1992)
ANALOG CONTROLS

2-P-8
VAN DORN/ DEMAG 300-HT-9.4F HPI 300 TON PRESS
S/N: 2609 (1995)
LOT 115, VAN DORN PATHFINDER 2500 ICONTROLS

G1
NELMORE G81011 GRANULATOR
S/N: 82071903 (1982)
5HP, 220 VOLT

G12
NELMORE G810M1 GRANULATOR
S/N: 76-099123 (1976)
5HP, 220 VOLT

G17
AEC / NELMOR G1012PI GRANULATOR
S/N: 97 03 38775 (1997)
7.5HP MOTOR, 220 VOLT, CASTERS

G3
AEC / NELMOR G810M1 GRANULATOR
S/N: 82-01-17904 (1982)
5HP 220

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*

Appraisal of:  **INSTASET PLASTICS COMPANY**

### DESCRIPTION

| DORT / STORAGE |
| --- |

**G4**
AEC / NELMOR G1012M1 GRANULATOR
S/N: 68-12-2201 (1968)
7.5 HP, 220 VOLT

**G5**
NELMORE RG1012M1 GRANULATOR
S/N: 86-0524460 (1986)
240 VOLT

**G7**
NELMORE G810M GRANULATOR
S/N: 810716816 (1981)
5HP, 220 VOLT

**P-2**
CINCINNATI MILACRON 250 TON PLASTIC INJECTION
MOLDING PRESS
S/N: 4002A21//80-32 (1980)
12 OZ, EPCO E4000 CONTROLS

**P2 D-14**
CONAIR / FRANKLIN DRYER
S/N: NSN TAG (N/A)
(NO INFORMATION AVAILABLE) (WORKING UNIT)

**P-4**
CINCINNATI MILACRON VT-165 165 TON PLASTIC
INJECTION MOLDING PRESS
S/N: 4036A61/90-43 (1990)
CINCINNATI MILACRON CAMAC VEL CONTROLLER

**P-5**
VAN DORN 120 TON PLASTIC INJECTION MOLDING
PRESS
S/N: 323 (1992)
LOT 11, VAN DORN CRT PATHFINDER  CONTROLS, RANGER ROBOT PICKER

**T5**
AQUATHERM THERMOLATOR
S/N: RA99683 (N/A)
MODEL RA090803

### TOTAL:  DORT / STORAGE

*COPYRIGHT R.N. PFAFF AND ASSOCIATES*

# INACTIVE CUSTOMER OWNED TOOLING AT IPC

| Customer | Tool No | Type | Description | Status | Location | Inv Qty |
|---|---|---|---|---|---|---|
| Qualtech | 3207 | Mold | 3207 Injection Mold | Inactive | | 1 |
| Integram | 3236/37 | Mold | 3236/37 Injection Mold | Inactive | P1 - Tooling | 1 |
| Integram | 3238/39 | Mold | 3238/39 Injection Mold | Inactive | P1 - Tooling | 1 |
| Integram | 3241 | Mold | 3241 Injection Mold | Inactive | P1 - Tooling | 1 |
| Qualtech | 3248 | Mold | 3248 Injection Mold | Inactive | P2 - Tooling | 0 |
| Qualtech | 3253 | Mold | 3253 Injection Mold | Inactive | P2 - Tooling | 0 |
| Qualtech | 3264 | Mold | 3264 Injection Mold | Inactive | P2 - Tooling | 0 |
| Guelph | 3265 | Mold | 3265 Injection Mold | Inactive | P2 - Tooling | 0 |
| Integram | 3284 | Mold | 3284 Injection Mold | Inactive | P1 - Tooling | 1 |
| Integram | 3285 | Mold | 3285 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3294C | Mold | 3294C Injection Mold | Inactive | P2 - Tooling | 0 |
| ?? | 3297 | Mold | 3297 Injection Mold | Inactive | P2 - Tooling | 0 |
| ?? | 3298 | Mold | 3298 Injection Mold | Inactive | P2 - Tooling | 1 |
| ?? | 3299 | Mold | 3299 Injection Mold | Inactive | P2 - Tooling | 0 |
| Eagle | 3315 | Mold | 3315 Injection Mold | Inactive | P1 - Tooling | 1 |
| ?? | 3396 | Mold | 3396 Injection Mold | Inactive | P2 - Tooling | 0 |
| ?? | 3397 | Mold | 3397 Injection Mold | Inactive | P2 - Tooling | 1 |
| Norplas | 3399 | Mold | 3399 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3400 | Mold | 3400 Injection Mold | Inactive | P1 - Tooling | 1 |
| ?? | 3406 | Mold | 3406 Injection Mold | Inactive | P2 - Tooling | 1 |
| ?? | 3407 | Mold | 3407 Injection Mold | Inactive | P2 - Tooling | 1 |
| Hutchison | 3408 | Mold | 3408 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3409 | Mold | 3409 Injection MOld | Inactive | P1 - Tooling | 0 |
| Eagle | 3414 | Mold | 3414 Injection Mold | Inactive | P1 - Tooling | 1 |
| Hutchison | 3415 | Mold | 3415 Injection Mold | Inactive | P1 - Tooling | 1 |
| Hutchison | 3416 | Mold | 3416 Injection Mold | Inactive | P1 - Tooling | 1 |
| Yang Fang | 3426 | Mold | 3426 Injection Mold | Inactive | P1 - Tooling | 1 |
| Yang Fang | 3428 | Mold | 3428 Injection Mold | Inactive | P1 - Tooling | 1 |
| Yang Fang | 3429 | Mold | 3429 Injection Mold | Inactive | P1 - Tooling | 1 |
| Yang Fang | 3430 | Mold | 3430 Injection Mold | Inactive | P1 - Tooling | 1 |
| Yang Fang | 3431 | Mold | 3431 Injection Mold | Inactive | P1 - Tooling | 1 |
| TEAM | 3436 | Mold | 3436 Injection Mold | Inactive | P2 - Tooling | 0 |
| ?? | 3463 | Mold | 3463 Injection Mold | Inactive | P2 - Tooling | 1 |
| INOAC | 3464 | Mold | 3464 Injection Mold | Inactive | P2 - Tooling | 1 |
| INOAC | 3465 | Mold | 3465 Injection Mold | Inactive | P1 - Tooling | 1 |
| INOAC | 3466 | Mold | 3466 Injection Mold | Inactive | P2 - Tooling | 1 |
| INOAC | 3467 | Mold | 3467 Injection Mold | Inactive | P2 - Tooling | 1 |
| Norplas | 3468 | Mold | 3468 Injection Mold | Inactive | P1 - Tooling | 0 |
| TEAM | 3472 | Mold | 3472 Injection Mold | Inactive | P1 - Tooling | 0 |
| TEAM | 3473 | Mold | 3473 Injection Mold | Inactive | P1 - Tooling | 0 |
| Magna AH | 3474 | Mold | 3474 Injection Mold | Inactive | P1 - Tooling | 1 |
| Magna AH | 3476 | Mold | 3476 Injection Mold | Inactive | P1 - Tooling | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ?? | 3477 | Mold | 3477 Injection Mold | Inactive | P2 - Tooling | 0 |
| Magna AH | 3478 | Mold | 3478 Injection Mold | Inactive | P1 - Tooling | 1 |
| Magna AH | 3480 | Mold | 3480 Injection Mold | Inactive | P1 - Tooling | 1 |
| Magna AH | 3485 | Mold | 3485 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3488 | Mold | 3488 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3489 | Mold | 3489 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3490 | Mold | 3490 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3491 | Mold | 3491 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3492 | Mold | 3492 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3493 | Mold | 3493 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3494 | Mold | 3494 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3495 | Mold | 3495 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3496 | Mold | 3496 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3497 | Mold | 3497 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3498 | Mold | 3498 Injection Mold | Inactive | P1 - Tooling | 1 |
| Qualtech | 3499 | Mold | 3499 Injection Mold | Inactive | P1 - Tooling | 1 |
| Norplas | 3507 | Mold | 3507 Injection Mold | Inactive | P2 - Tooling | 0 |
| ?? | 3513 | Mold | 3513 Injection Mold | Inactive | P2 - Tooling | 1 |
| ?? | 3514 | Mold | 3514 Injection Mold | Inactive | P2 - Tooling | 1 |
| Eagle | 3516 | Mold | 3516 Injection Mold | Inactive | P1 - Tooling | 1 |
| Viking | 3519 | Mold | 3519 Injection Mold | Inactive | P1 - Tooling | 1 |
| Viking | 3534 | Mold | 3534 Injection Mold | Inactive | P1 - Tooling | 0 |
| Hutchison | 3538 | Mold | 3538 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3539 | Mold | 3539 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3541 | Mold | 3541 Injection Mold | Inactive | P1 - Tooling | 1 |
| Qualtech | 3542 | Mold | 3542 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3545 | Mold | 3545 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3546 | Mold | 3546 Injection Mold | Inactive | P1 - Tooling | 1 |
| Eagle | 3554 | Mold | 3554 Injection Mold | Inactive | P1 - Tooling | 1 |

# CUSTOMER OWNED TOOLING AT IPC

| Customer | Tool No | Type | Description | Status | Location |
|----------|---------|------|-------------|--------|----------|
| Magna AH | 3371 | Mold | 3371 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3380 | Mold | 3380 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3383 | Mold | 3383 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3384 | Mold | 3384 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3385 | Mold | 3385 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3410 | Mold | 3410 Injection Mold | Active | P1 - Tooling |
| Hutchison | 3417 | Mold | 3417 Injection Mold | Active | P1 - Tooling |
| TEAM | 3437 | Mold | 3437 Injection Mold | Active | P1 - Tooling |
| INOAC | 3454 | Mold | 3454 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3475 | Mold | 3475 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3479 | Mold | 3479 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3481 | Mold | 3481 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3482 | Mold | 3482 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3483 | Mold | 3483 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3484 | Mold | 3484 Injection Mold | Active | P1 - Tooling |
| Qualtech | 3508 | Mold | 3508 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3509 | Mold | 3509 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3510 | Mold | 3510 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3511 | Mold | 3511 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3512 | Mold | 3512 Injection Mold | Active | P1 - Tooling |
| HP | 3521 | Mold | 3521 Injection Mold | Active | P1 - Tooling |
| HP | 3522 | Mold | 3522 Injection Mold | Active | P1 - Tooling |
| HP | 3523 | Mold | 3523 Injection Mold | Active | P1 - Tooling |
| HP | 3524 | Mold | 3524 Injection Mold | Active | P1 - Tooling |
| Inteva | 3525 | Mold | 3525 Injection Mold | Active | P1 - Tooling |
| Inteva | 3527 | Mold | 3527 Injection Mold | Active | P1 - Tooling |
| Inteva | 3528 | Mold | 3528 Injection Mold | Active | P1 - Tooling |
| Inteva | 3529 | Mold | 3529 Injection Mold | Active | P1 - Tooling |
| Inteva | 3530 | Mold | 3530 Injection Mold | Active | P1 - Tooling |
| Inteva | 3531 | Mold | 3531 Injection Mold | Active | P1 - Tooling |
| Inteva | 3532 | Mold | 3532 Injection Mold | Active | P1 - Tooling |
| Inteva | 3533 | Mold | 3533 Injection Mold | Active | P1 - Tooling |
| Inteva | 3535 | Mold | 3535 Injection Mold | Active | P1 - Tooling |
| Inteva | 3536 | Mold | 3536 Injection Mold | Active | P1 - Tooling |
| Inteva | 3537 | Mold | 3537 Injection Mold | Active | P1 - Tooling |
| Inteva | 3540 | Mold | 3540 Injection Mold | Active | P1 - Tooling |
| Inteva | 3544 | Mold | 3544 Injection Mold | Active | P1 - Tooling |
| Toyo | 3547 | Mold | 3547 Injection Mold | Active | P1 - Tooling |
| Inteva | 3548 | Mold | 3548 Injection Mold | Active | P1 - Tooling |
| Inteva | 3549 | Mold | 3549 Injection Mold | Active | P1 - Tooling |
| Inteva | 3550 | Mold | 3550 Injection Mold | Active | P1 - Tooling |
| Toyo | 3551 | Mold | 3551 Injection Mold | Active | P1 - Tooling |

| | | | | | |
|---|---|---|---|---|---|
| Toyo | 3552 | Mold | 3552 Injection Mold | Active | P1 - Tooling |
| Inteva | 3553 | Mold | 3553 Injection Mold | Active | P1 - Tooling |
| Magna AH | 3555 | Mold | 3555 Injection Mold | Active | P1 - Tooling |
| Inteva | 3556 | Mold | 3556 Injection Mold | Active | P1 - Tooling |
| Inteva | 3557 | Mold | 3557 Injection Mold | Active | P1 - Tooling |
| Inteva | 3558 | Mold | 3558 Injection Mold | Active | P1 - Tooling |
| Inteva | 3559 | Mold | 3559 Injection Mold | Active | P1 - Tooling |
| Inteva | 3560 | Mold | 3560 Injection Mold | Active | P1 - Tooling |
| Inteva | 3561 | Mold | 3561 Injection mold | Active | P1 - Tooling |
| Inteva | 3564 | Mold | 3564 Injection Mold | Active | P1 - Tooling |
| Inteva | 3565 | Mold | 3565 Injection Mold | Active | P1 - Tooling |
| Inteva | 3566 | Mold | 3566 Injection Mold | Active | P1 - Tooling |
| Inteva | 3567 | Mold | 3567 Injection Mold | Active | P1 - Tooling |
| Inteva | 3568 | Mold | 3568 Injection Mold | Active | P1 - Tooling |
| Inteva | 3569 | Mold | 3569 Injection Mold | Active | P1 - Tooling |
| Navatas | 3603 | Mold | 3603 Injection Mold | Active | P1 - Tooling |
| Inteva | 3609 | Mold | Bracket-speaker grille LH | Active | P1 - Tooling |
| Inteva | 3610 | Mold | Cover-Upr. Shroud w/o D | Active | P1 - Tooling |
| Inteva | 3611 | Mold | Cover Upr. Shroud with D | Active | P1 - Tooling |
| Inteva | 3612 | Mold | DMS Bracket | Active | P1 - Tooling |
| Inteva | 3613 | Mold | Cover Lower Shroud | Active | P1 - Tooling |
| Inteva | 3614 | Mold | Bracket Lower Shroud | Active | P1 - Tooling |
| Inteva | 3615 | Mold | Retainer Lower Shroud | Active | P1 - Tooling |
| Inteva | 3616 | Mold | I/P End Cap LH/RH | Active | P1 - Tooling |
| Inteva | 3617 | Mold | I/P Cluster Hood | Active | P1 - Tooling |
| Hutchison | 3619 | Mold | 8 CAV | Active | P1 - Tooling |
| Hutchison | 3620 | Mold | 8 CAV | Active | P1 - Tooling |

| Sum of Debits | Month Ending | | | | |
|---|---|---|---|---|---|
| Vendor/Trans Name | July-22 | August-22 | September-22 | October-22 | Grand Total |
| Aarkel Tool & Die Inc | 10,000 | | | | 10,000 |
| Anchor Bay Express | 8,688 | 13,250 | 12,038 | | 33,975 |
| Avient Distribution | | | 16,657 | | 16,657 |
| Bradford Company | | 10,249 | 9,560 | | 19,809 |
| Caplugs | | 18,061 | 9,104 | | 27,165 |
| Carrdan Corporation | 5,308 | 7,013 | 7,680 | | 20,001 |
| Central Insurance | 4,117 | 4,117 | 4,117 | | 12,350 |
| Channel Prime Alliance | 26,448 | | 1,575 | | 28,023 |
| Chase Plastics | 22,725 | 7,298 | 20,038 | | 50,061 |
| Dayton Freight Lines Inc. | 2,775 | 2,782 | 2,172 | | 7,729 |
| Dennen Steel Corporation | 11,870 | 5,935 | | | 17,805 |
| DTE Energy | 27,680 | 26,551 | | | 54,232 |
| Entec Polymers | 27,779 | 67,637 | 52,381 | | 147,798 |
| Er Wagner | 6,247 | 6,752 | 13,606 | | 26,605 |
| Express Employment | | | 8,218 | | 8,218 |
| Huntington Bank | 2,601 | 2,934 | 3,107 | | 8,641 |
| Hutchinson Antivibration Systems, Inc. | | 28,457 | | | 28,457 |
| Lincoln National | 1,958 | 1,940 | 3,405 | 1,366 | 8,669 |
| Load One Transportation & Logistics | | 44,268 | 47,200 | | 91,468 |
| Mac Arthur Corporation | 7,500 | | 10,667 | | 18,167 |
| MATE Inc. | | 12,780 | 6,000 | | 18,780 |
| McLaren Health Plan Community | | 14,343 | 13,559 | | 27,902 |
| Mitsui Plastics | 11,951 | 20,301 | 14,466 | | 46,717 |
| Nexeo Solutions Plastics, LLC | 11,992 | 38,483 | | | 50,475 |
| Packaging Credit Company | 22,423 | | | | 22,423 |
| Plastic Dress-Up Service, Inc. | 98,307 | 161,061 | 94,967 | 18,927 | 373,261 |
| Plastics Plus Inc. | 10,000 | | | | 10,000 |
| Plex Systems, Inc | | | 15,498 | | 15,498 |
| Reliable and Reasonable | 6,980 | 18,216 | 17,241 | | 42,437 |
| RVM | | 18,566 | | | 18,566 |

| | | | | | |
|---|---|---|---|---|---|
| Sorteos Y Retrabajos QSJ SA de CV | 2,655 | 10,544 | 2,275 | | 15,473 |
| Uniform Color Company | 1,723 | 4,654 | 4,362 | | 10,739 |
| United Parcel Service | 4,948 | 11,940 | 17,163 | | 34,051 |
| Viking Product Inc | | 13,610 | 7,287 | | 20,896 |
| WGS Properties | 8,556 | 15,260 | | | 23,816 |
| Spec Technologies Inc | | | 30,675 | | 30,675 |
| Derby Fabricating Solutions | | | 8,548 | | 8,548 |
| Automated Solutions | | | | 60,550 | 60,550 |
| **Grand Total** | **345,231** | **587,001** | **453,565** | **80,842** | **1,466,639** |

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Instaset Plastics Company, LLC**                          Case No.

                                          Debtor(s)          Chapter    **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.    The undersigned is the attorney for the Debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ]    **FLAT FEE**

   A.    For legal services rendered in contemplation of and in connection with this case,
         exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .         _____

   B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .       _____

   C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       _____

   [ **X** ]    **RETAINER**

   A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       **1,576.00**

   B.    The undersigned shall bill against the retainer at an hourly rate of $   **450.00**   . [Or attach firm hourly rate schedule.]
         Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.    $   **1,738.00**    of the filing fee has been paid.

4.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any
      that do not apply.]

   A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
         bankruptcy;
   B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E.    Reaffirmations;
   F.    Redemptions;
   G.    Other:
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

5.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay
         actions or any other adversary proceeding.**

6.    The source of payments to the undersigned was from:
   A.    ___**XX**___         Debtor(s)' earnings, wages, compensation for services performed
   B.    _____         Other (describe, including the identity of payor)        _____

7.    The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **October  4, 2022**                                          **/s/ Lynn M. Brimer**
                                                                        Attorney for the Debtor(s)
                                                                        **Lynn M. Brimer**
                                                                        **Strobl Sharp PLLC**
                                                                        **300 East Long Lake Road**
                                                                        **Suite 200**
                                                                        **Bloomfield Hills, MI 48304-2376**
                                                                        **(248) 540-2300**

                                                                        **P43291 MI**

Agreed:    **/s/ McGustavus Miller, Jr.**
           **McGustavus Miller, Jr.**
           Debtor                                                        Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Instaset Plastics Company, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Goetz<br>6350 Taylor Drive<br>Flint, MI 48507 | common | 100% | membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 4, 2022** _____

Signature **/s/ McGustavus Miller, Jr.** _____

**McGustavus Miller, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan

In re __**Instaset Plastics Company, LLC**_____     Case No. _____

_____ Debtor(s)     Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October  4, 2022**_____          **/s/ McGustavus Miller, Jr.**_____

**McGustavus Miller, Jr./Chief Restructuring Officer**
Signer/Title

Aarkel Tool & Die Inc
17 Elm Dr S
Wallaceburg ON N8A 5E8

Accu-shape Die Cutting, Inc.
4050 Market Place Dr.
Freeland, MI 48623

Accuarate Safety Distributors
10320 N Thor Dr
Freeland, MI 48623

Adler Pelzer Group
1175 Crooks Rd.
Troy, MI 48084

Alex G Watts
6820 Church Rd
Ira, MI 48023

Allied Electronics
P.O. Box 841811
Dallas, TX 75284-1811

Anchor Bay Express
39987 Mazuchet Dr.
Harrison Township, MI 48045

Anchor Bay Packaging Corp.
30905 23 Mile Rd.
New Baltimore, MI 48047

Angela R Goodman
237 N 2nd St
Marine City, MI 48039

Ann C Alexander
9993 Southwinds
Fair Haven, MI 48023

Anthony J Schroeder
11965 Springbook Ct
Bruce Twp, MI 48066

Anthony Mymmina
Mammina & Ajlouny, PC
370 East Maple Road
Suite 230
Birmingham, MI 48009


Anthony W Alexander
519 Woodworth St
Marine City, MI 48039


Argent International Inc
41016 Concept Dr.
Plymouth, MI 48170


ASAP Logistics Inc
12766 Sweitzer Rd.
Carleton, MI 48117


B&M Sonics & Machine, LLC
5410 Lapeer Rd.
Columbiaville, MI 48421


BASF Corporation
P.O. Box 360941
Pittsburgh, PA 15251-6941


Basic Coporate
P.O. Box 88297
Milwaukee, WI 53288-8297


Bear Industrial Group
155 Madisonv Ave.
Mount Clemens, MI 48043


Blue Water Air Compressor
150 Airport Dr.
Kimball, MI 48074


Blue Water Lift Truck Service Inc
1405 North Range Rd.
Kimball, MI 48074


Bolt Express
277 Southfield Pkwy. #120
Forest Park, GA 30297

Bradford Company
13500 Quincy St.
Holland, MI 49422


Breanna L Blayze
534 Mable St
Marine City, MI 48039


Breckenridge Paper & Packaging
P.O. Box 429
Huron, OH 44839


Brian L Bice
5361 Americana Lane
Casco, MI 48064


Brittany M Sullivan
35171 Benton St
Apt 5
PO Box 556
Memphis, MI 48041


Caplugs
P.O. Box 1693
Carol Stream, IL 60132


Carly Van Thome
Erskine Law
612 W. University Dr., Ste. 200
Rochester, MI 48307


Carrdan Corporation
7325 Douglas Rd.
Lambertville, MI 48144


Channel Prime Alliance
1803 Hull Ave
Des Moines, IA 50313


Chase Plastics
6467 Waldon Center Drive
Clarkston, MI 48346

Ciarra A Green
37979 28 Mile Rd
Lenox, MI 48048


Comcast
P.O,. Box 3006
Southeastern, PA 19398-3006


Crane 1
42827 Irwin Dr.
Harrison Township, MI 48045


Crystale R Fresh
1431 Sanborn
Port Huron, MI 48060


D&E Landscaping & Grading Inc
69620 Lowe Plank
Richmond, MI 48062


David J Carrier
69319 Main St
Apt A
Richmond, MI 48062


David S Lenk
3201 Range Rd
Port Huron, MI 48060


Dayton Freight Lines Inc
P.O. Box 340
Vandalia, OH 45377


Dean & Fulkerson PC
801 W. Big Beaver
Fifth Floor
Troy, MI 48084


Deandre M White
24666 N Eldo Ct
Apt 9
Harrison Township, MI 48045

Delta Dental
P.O. Box 30416
Lansing, MI 48909-7916


Denise Schroeder
12100 Bryce Rd
Emmett, MI 48022


Depatie ADI
25340 Terra Industrial Dr.
New Baltimore, MI 48051


Derby Fabricating Solutions
687 Byrne Industrial Dr.
Rockford, MI 49341


Dongguan Mission Gage & Fixture
19 Hongmian Rd
Gekeng Industrial Park, Hengli Town
Dongguan City 523469 China


DTE
P.O. Box 740786
Cincinnati, OH 45274-0786


Dustin L Hemerline
5606 Klam Rd
Columbiaville, MI 48421


Eagle Industries, Inc


EFC International
P.O. Box 790051
Saint Louis, MO 63179-0051


Elizabeth M Ritchie
24853 Saxony St
Eastpointe, MI 48021


EMC Insurance Company
P.O. Box 219225
Kansas City, MO 64121-9225

Emilyann M Lambey
212 Birch Ln
Columbus, MI 48063


England Carriers
9830 NE Cascades Pkwy.
Ste. 225
Portland, OR 97220


Entec Polymers
P.O. Box 934329
Atlanta, GA 31193-4329


Ferrellgas
7777 E Old M78
East Lansing, MI 48823


Francis J Green
33106 Grape Arbor
New Haven, MI 48048


Gerald D Schultz
9239 N River Rd
#6
Algonac, MI 48001


Glen McCormick
9968 Diamond Rock Ct
Ira, MI 48023


Grand Traverse Container
4633 Patterson Ave SE
Grand Rapids, MI 49512


Grosso Trucking & Supply
10015 Marine City Hwy
Fair Haven, MI 48023


Hi-Watt
34271 James J. Pompo Dr.
Fraser, MI 48026


Hillary A Gerow
519 Woodworth St
Marine City, MI 48039

Huntington Bank
5555 Cleveland Avenue
Columbus, OH 43231


Hutchinson Antivibration Systems, Inc
460 Fuller NE
Grand Rapids, MI 49503


Hutchinson Antivibration Systems, Inc.
460 Fuller Ave NE
Grand Rapids, MI 49503


Inoac Interior Systems LP
575 James St S
P.O. Box 1600
St. Mrays, ON N4X 1B9 Canada


Inteva
1401 Crooks Road
Ste 100
Troy, MI 48084


Jack A Lannoo
450 3rd St
Apt A
Marine City, MI 48039


Jamie L Cross
1103 West Blvd
Marine City, MI 48039


Jared A Winters
6401 Shea Rd
Cottreville, MI 48039-2613


Jason E Sullivan
35171 Benton St
Apt 5
PO Box 556
Memphis, MI 48041


Jason R Wellnitz
1907 Griswold St
Port Huron, MI 48060

Jeannie M Block
829 Bruce St
Marine City, MI 48039


Jennifer C Leighton
10305 Dixie Highway
Apt 3
Fair Haven, MI 48023


Jessica A Branson
5394 Hessen
Casco, MI 48064


Jessica D Stringer
7870 Long Island
Fair Haven, MI 48023


JM Packaging, Detroit Tape & Label
26300 Bunert
Warren, MI 48089


Joseph M Osterthout
26333 Belanger St
Roseville, MI 48066


Julie A Horneffer
2117 Kendall
Algonac, MI 48001


K/E Electric Supply Corp
146 N. Groesbeck Hwy
Mount Clemens, MI 48043


Kerr Albert Office Supplies
1121 Military St.
Port Huron, MI 48060


King Solutions
P.O. Box 572
Grand Blanc, MI 48480


King Solutions, Inc
P.O. Box 572
Grand Blanc, MI 48480

Kroy LLC
3830 Kelley Ave
P.O. Box 92342
Cleveland, OH 44193


Kurt S Clapp
50652 Walpole St
New Baltimore, MI 48047


Leroy T Williams
6062 St. Pierre Dr
Algonac, MI 48001


Lewis & Knopf, CPAs
5206 Gateway Centre
Ste 100
Flint, MI 48507


Lincoln Financial Group
P.O. Box 0821
Carol Stream, IL 60132-0821


Load One Transportation & Logistics
13221 Inkster Rd.
Taylor, MI 48180


Lyden Oil Company
16275 National Parkway
Lansing, MI 48906


LyondellBasell Industries
P.O. Box 70549
Chicago, IL 60673


M&D Freight
1801 North Vernon
Dearborn, MI 48128


Mac Arthur Corporation
P.O. Box 10
Grand Blanc, MI 48439


Magna Exteriors & Interiors/ Polycon Ind
65 Independence Place
Guelph, Ontario N1K 1H8

Magna Seating Detroit
12800 Oakland Park Blvd.
Highland Park, MI 48203


Magna TEAM Systems/ Norplas Industries
1800 Jason St
Toledo, OH 43611


Maryland J McLaughlin
37265 Woodland
New Baltimore, MI 48047


Matthew V Smith
1934 Alleuro
Kimball, MI 48074


McLaren Health Plan
50820 Schoenherr Rd
Shelby Township, MI 48315


McMaster-Carr Supply Co
P.O. Box 7690
Chicago, IL 60680-7690


Metor Parcel and Freight
5965 Wall Steet
Sterling Heights, MI 48312


Michigan Testing Institute
44249 Phoenix Dr.
Sterling Heights, MI 48314


Mitsui Plastics
P.O. Box 3242
Carol Stream, IL 60132-3242


Modular Automotive Systems
17800 Dix Toledo Road
Brownstown, MI 48193


Nexeo Solutions Plastics, LLC
3 Waterway Square Place
Ste 1000
The Woodlands, TX 77380

Nicholas S Pantelis
9244 Harbor Ln
Clay, MI 48001


Nifco America Corp
P.O. Box 633989
Cincinnati, OH 45263


Norplas
7825 Caple Blvd
Northwood, OH 43619


On Pointe Solutions Inc
17195 Silver Parkway
126
Fenton, MI 48430


Packaging Credit Company
36596 Treasury Center
Chicago, IL 60694-6500


Paycor, Inc
P.O. Box 639860
Cincinnati, OH 45263-9860


Peter T Gustafson
8689 South Shore Dr
Clarkston, MI 48348


Plastic Dress-Up Service, Inc
2735 20th St
Port Huron, MI 48060


Plastic Process Equipment
P.O. Box 425
Northfield, OH 44067-0425


Plastics Plus Inc
4237 N Atlantic Blvd
Auburn Hills, MI 48326


Plex Systems, Inc
P.O. Box 3712
Carol Stream, IL 60132-3712

R.V.M. Associates, Inc.

RADICI Group
960 Seville Rd
Wadsworth, OH 44281

Reliable and Reasonable
21356 Carlo Dr.
Clinton Township, MI 48038

Robert W Rivard
9974 Diamond Rock Ct
Ira, MI 48023

Roman Q Brancato
54171 Ridge Road
New Baltimore, MI 48047

Romeo Mold Technologies Inc
121 McLean Dr.
Romeo, MI 48065

Ross Pallets
3360 Petit St.
Bldg. 1
Port Huron, MI 48060

RSW Technologies
135 Dixie Hwy
Rossford, OH 43460

RVM Associates
2892 Foxfire
Milford, MI 48380

Sarah G Slippo
6071 St. Pierra Dr
Clay, MI 48001

Schain Mold & Engineering
2776 Commerce Drive
Rochester, MI 48309

Scott R Hall
729 Honey Locust
Marine City, MI 48039


Sean J Fligger
68032 Rosewood Ln
Richmond, MI 48062


Sejasmi Industries
Drawer 1999
P.O. Box 5935
Troy, MI 48007-5935


Sharon M Ostrowski
7022 Bayview
Fair Haven, MI 48023


Shelley R Rettell
320 South Allen Rd
Saint Clair, MI 48079


Sir-William S Travernier II
810 Indiana Ave
Marysville, MI 48040


Sorteos Y Retrabajos QSJ SA de CV
Astro Rey Poiente
No 126 Oficina 2 Matamoros
Tamaulipas 87315 Mexico


Sterling Sanitation
48655 Gratiot Ave
New Baltimore, MI 48051


Stratosphere Quality
12024 Exit Five Parkway
Fishers, IN 46037


Technical Loadarm Inc.
2620 Griswold Rd.
Port Huron, MI 48060


Terry R Lavelle
58622 Meadowcreek Blvd
Ira, MI 48048

The Oakwood Group
1100 Oakwood Blvd
Dearborn, MI 48124


Thresa L Minch
5441 Americana  Ln
Casco, MI 48064


Tierline Inc
34462 23 Mile Rd.
Chesterfield, MI 48047


Tierline, Inc


Toyota Seat USA Corp
2155 S. Almont Ave
Imlay City, MI 48444


Trever J Eifert
1585 Braidwood Rd
Riley, MI 48041


Tribar Manufacturing
48668 Alpha Drive
Wixom, MI 48393


Tyler J Wiedemann
46397 Gabriell St
Macomb, MI 48044


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Uniform Color Company
942 Brooks Ave
Holland, MI 49423


Unique Fabricating Inc
P.O. Box 8535
Carol Stream, IL 60197-8535

United Parcel Service
P.O. Box 809488
Chicago, IL 60680-9488


US Bank Equipment Finance
P.O. Box 790448
St. Louis, MO


USF HOLLAND
27052 Network Place
Chicago, IL 60673-1270


Viola K Fleming
53607 Brentwood
New Baltimore, MI 48047


Visa


Wayne P Noetzold
11036 Cadillac
Warren, MI 48089


WGS Global Services, LC


WGS Global Services, LLC
6350 Taylor Drive
Flint, MI 48507


WGS Properties
6350 Taylor Drive
Flint, MI 48507


William Goetz & Associates
P.O. Box 876
Grand Blanc, MI 48480


William J Geotz II
5300 Sandalwood Ct
Grand Blanc, MI 48439

William J Geotz III
220 Lone Pine Trail
Lapeer, MI 48446


William T Leighton
10305 Dixie Highway
Apt 3
Fair Haven, MI 48023


Worswick Mold
6232 King Rd.
Marine City, MI 48039


XPO Logistics Freight
P.O. Box
Portland, OR 97208-5160


Yanfeng Global Automotive Interiors
915 E 32nd St, Tech Center 2ns
Holland, MI 49424


Yellow Logistics
P.O. Box 775556
Chicago, IL 60677-5556


YRC Freight
P.O. Box 93151
Chicago, IL 60673-3151


Yu-Lin Enterprise
No. 33 Yanping St.
Yongkang Dist.
Tianan City, Tianan Taiwan


Yudo
P.O. Box 675012
Detroit, MI 48267-5012