# EXHIBIT E

## BUDGET

# Instaset Plastics Corp
## Weekly Cash Flow Forecast

| | 13 week Tot. Week Ending>>>> | Week 1 10/8/2022 | Week 2 10/15/2022 | Week 3 10/22/2022 | Week 4 10/29/2022 | Week 5 11/5/2022 | Week 6 11/12/2022 | Week 7 11/19/2022 | Week 8 11/26/2022 | Week 9 12/3/2022 | Week 10 12/10/2022 | Week 11 12/17/2022 | Week 12 12/24/2022 | Week 13 12/31/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts from:** | | | | | | | | | | | | | | |
| Accounts Receivable | 704,835 | 216,065 | 100,066 | 121,547 | 85,208 | 60,477 | 77,523 | 43,949 | 0 | 0 | 0 | 0 | 0 | 0 |
| Forecasted Sales - Manufacturing Sales | 1,017,965 | 0 | 149,307 | 144,445 | 149,834 | 133,021 | 148,281 | 143,596 | 149,481 | 0 | 0 | 0 | 0 | 0 |
| Forecasted Sales - Tooling Sales | 42,150 | 0 | 0 | 0 | 0 | 0 | 0 | 42,150 | 0 | 0 | 0 | 0 | 0 | 0 |
| Forecasted Sales - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Receipts** | 1,764,950 | 216,065 | 249,373 | 265,992 | 235,042 | 193,498 | 225,804 | 229,695 | 149,481 | 0 | 0 | 0 | 0 | 0 |
| **Disbursements for:** | | | | | | | | | | | | | | |
| Labor (Wages, Benefits, Taxes) | 585,046 | 57,743 | 72,125 | 55,840 | 55,840 | 59,693 | 72,125 | 55,840 | 155,840 | 0 | 0 | 0 | 0 | 0 |
| Material (COGS) | 763,474 | 129,225 | 108,334 | 112,376 | 99,766 | 111,211 | 101,282 | 101,282 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling & Fixtures | 221,033 | 189,420 | 31,613 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shop Supplies | 10,800 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 0 | 0 | 0 | 0 | 0 |
| Equipment & Maintenance | 39,000 | 15,500 | 500 | 500 | 18,000 | 500 | 500 | 500 | 3,000 | 0 | 0 | 0 | 0 | 0 |
| Outside Services | 6,600 | 200 | 200 | 200 | 2,700 | 200 | 200 | 200 | 2,700 | 0 | 0 | 0 | 0 | 0 |
| Freight | 121,200 | 15,150 | 15,150 | 15,150 | 15,150 | 15,150 | 15,150 | 15,150 | 15,150 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 200,400 | 63,200 | 20,250 | 20,000 | 20,500 | 23,200 | 20,000 | 20,250 | 13,000 | 0 | 0 | 0 | 0 | 0 |
| Facilities (Rent, Utilities, Taxes) | 122,667 | 43,000 | 28,000 | 6,329 | 1,495 | 8,515 | 1,000 | 28,000 | 6,329 | 0 | 0 | 0 | 0 | 0 |
| Bank and Finance Fees | 6,306 | 0 | 2,653 | 500 | 750 | 0 | 2,353 | 800 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office (SG&A) | 12,898 | 968 | 3,430 | 1,128 | 1,096 | 1,096 | 968 | 3,430 | 1,128 | 0 | 0 | 0 | 0 | 0 |
| Commissions | 39,485 | 26,300 | 0 | 0 | 0 | 13,185 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | 2,128,908 | 542,056 | 283,604 | 213,372 | 215,551 | 234,100 | 214,927 | 226,802 | 198,497 | 0 | 0 | 0 | 0 | 0 |
| **Weekly Net Cash Flow from Operations** | (363,958) | (325,991) | (34,231) | 52,619 | 19,492 | (40,602) | 10,876 | 2,894 | (49,016) | 0 | 0 | 0 | 0 | 0 |
| **Other Cash:** | | | | | | | | | | | | | | |
| Other Cash | 240,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 240,000 | 0 | 0 | 0 | 0 | 0 |
| DIP | 140,000 | 800,000 | 0 | 0 | 0 | 0 | 0 | 0 | (660,000) | 0 | 0 | 0 | 0 | 0 |
| Sales of Assets | 400,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400,000 | 0 | 0 | 0 | 0 | 0 |
| **Weekly Net Cash Flow** | 416,042 | 474,009 | (34,231) | 52,619 | 19,492 | (40,602) | 10,876 | 2,894 | (69,016) | 0 | 0 | 0 | 0 | 0 |
| **Cumulative Weekly Net Cash Flow** | | 474,009 | 439,778 | 492,397 | 511,889 | 471,287 | 482,164 | 485,057 | 416,042 | 416,042 | 416,042 | 416,042 | 416,042 | 416,042 |
| **Week Ending Bank Balances** | | | | | | | | | | | | | | |
| Bank Balance | | 148,176 | 62,596 | 28,365 | 80,985 | 100,476 | 59,875 | 70,751 | 73,645 | 4,629 | 4,629 | 4,629 | 4,629 | 4,629 |
| O/S checks | | 4,583 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Checkbook Balance | | 143,593 | 62,596 | 28,365 | 80,985 | 100,476 | 59,875 | 70,751 | 73,645 | 4,629 | 4,629 | 4,629 | 4,629 | 4,629 |
| **LOC Balance** | | | | | | | | | | | | | | |
| Beginning LOC Balance | | | 555,006 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auto Sweep to LOC (Paydown/Draw) | | 555,006 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manual Draw(+)/Sweep(-) on LOC | | (555,006) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Ending LOC - 13 wk change (555,006)** | | 555,006 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |