**In re:**

**INSTASET PLASTIC COMPANY, LLC,**   Case No. 22-47794-tjt
                                     Chapter 11 – Subchapter V
**Debtor.**                          Hon. Thomas J. Tucker

_____

### COVER SHEET FOR MOTION TO APPROVE SALE PROCEDURES

The Debtor has filed a motion for approval of procedures for the sale of assets, which is attached to this cover sheet. Pursuant to E.D. Mich. L.B.R. 6004-1, the Debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| PROVISION | Contained in proposed order | Location in proposed order |
|---|---|---|
| (1) Provisions concerning the qualifications of the bidding parties. | ____Yes<br>X ___No | |
| (2) Provisions concerning the criteria for a qualifying bid and any deadlines for (i) submitting such a bid, and (ii) notification of whether the bid made constitutes a qualifying bid. | ____Yes<br>X ___No | |
| (3) Provisions that require qualified bids to identify points of variation from the stalking horse bid (including price and other terms). | ____Yes<br>X ___No | |

| | | |
|---|---|---|
| (4) Provisions pertaining to the conditions to the qualified bidders' obligation to consummate the purchase (including the time period within which the purchaser must close the transaction). | ____Yes<br>X___No | |
| (5) Provisions pertaining to the amount required for a good faith deposit. | ____Yes<br>X___No | |
| (6) Provisions that relate to a "Back-Up Buyer" should the first winning bidder fail to close the transaction within a specified period of time. | ____Yes<br>X___No | |
| (7) No-shop or No-Solicitation provisions including the justification for such provision. | ____Yes<br>X___No | |
| (8) Provisions relating to Break-Up fees, Topping fees, and/or Expense Reimbursement (including the waiver of such fees due to rebidding). | ____Yes<br>X___No | |
| (9) Provisions specifying the bidding increments. | ____Yes<br>X___No | |
| (10) Provisions relating to auction procedures including manner in which auction is to be conducted and when the auction will be open and when it will close. | ____Yes<br>X___No | |
| (11) Provisions relating to whether the auction will occur and the termination of the auction process and/or sale. | ____Yes<br>X___No | |
| (12) Provision whether 14 day stay of F.R.Bankr.P. 6004(h) and 6006(d) is waived. | X___Yes<br>____No | Page 16 ¶ 20 |

2

T:\DOCS\85391\003\MOTBRF\SB796886.DOC

22-47794-tjt    Doc 27    Filed 10/07/22    Entered 10/07/22 22:49:58    Page 2 of 3

| | |
|---|---|
| (13) Provisions regarding timing for notice, submission of bids, objections to sale and other key events. | ____Yes<br><br>X___No |

Date: October 7, 2022

/s/ Lynn M. Brimer (P43291)
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
Strobl Sharp PLLC
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Proposed Attorneys for Debtor and
  Debtor in Possession
lbrimer@strobllaw.com
pritter@strobllaw.com